**VAN–087** Order Continuing Show Cause Hearing – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:
Michael Ray Harrison
 *( debtor has no known aliases )*
PO Box 68
1492 Hull Road
Snow Hill, NC 28580

CASE NO.: 22–01712–5–JNC

DATE FILED: August 4, 2022

CHAPTER: 13

Susie Hill Harrison
 *( debtor has no known aliases )*
PO Box 68
1492 Hull Road
Snow Hill, NC 28580

ORDER CONTINUING SHOW CAUSE HEARING

IT IS ORDERED that the show cause hearing scheduled by order entered August 18, 2022 has been continued as indicated below.

DATE:     Wednesday, September 21, 2022
TIME:     10:00 AM
PLACE:    Randy D. Doub United States Courthouse, 2nd Floor Courtroom, 150 Reade Circle, Greenville, NC 27858

DATED: September 8, 2022

                                               Joseph N. Callaway
                                               United States Bankruptcy Judge